UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ARLEN JOSEPH BROWN | CIVIL ACTION NO. 06-cv-0280 |
| VERSUS | JUDGE HICKS |
| RICHARD STALDER, ET AL | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss [Doc. No. 41] is **GRANTED** and Plaintiff's complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 4th day of August, 2008.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE